IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| **Joy M. Bryant,** | ) | Case No. **16-33001** |
| | ) | |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer - Geneva |

**NOTICE OF MOTION**

TO: See attached list

     PLEASE TAKE NOTICE that on **Friday, October 2, 2020, at 11:00 AM**, I will appear before the Honorable Janet S. Baer, or any judge sitting in her place, and present the U.S. Trustee's **Motion for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(B) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and for Authorization to Appoint a Chapter 7 Trustee**, a copy of which is attached.

     **This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at **(917) 746-7476**.

     **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed; the motion will be called on the presentment date. If no Notice of Objection is timely filed; the court may grant the motion in advance without a hearing.

     */s/ Adam G. Brief*
     Adam G. Brief, Assistant U.S. Trustee
     OFFICE OF THE U.S. TRUSTEE
     219 S. Dearborn Street
     Chicago, IL  60604
     adam.brief@usdoj.gov
     (312) 886-5785

## CERTIFICATE OF SERVICE

I, Adam G. Brief, Assistant U.S. Trustee, certify that I caused a copy of the **Notice of Motion and Motion for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(B) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and for Authorization to Appoint a Chapter 7 Trustee** to be served on each entity shown on the attached list at the address shown and by the method indicated on the list on September 24, 2020.

/s/ *Adam G. Brief*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

Gina B Krol    gkrol@cohenandkrol.com
David M Siegel    davidsiegelbk@gmail.com

**Parties Served via First Class Mail:**

JOY M. BRYANT
1130 E. ADDISON AVE.
LOMBARD, IL 60148

JOY M. BRYANT
7835 DARIEN LAKE DR
DARIEN, IL 60561

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| **Joy M. Bryant,** | ) | Case No. **16-33001** |
| | ) | |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer - Geneva |

**MOTION FOR ORDER REOPENING CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 350(b) AND RULE 5010 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND FOR <u>AUTHORIZATION TO APPOINT A CHAPTER 7 TRUSTEE</u>**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through the Assistant U.S. Trustee, Adam G. Brief, hereby requests entry of an order reopening this case pursuant to Section 350(b) of the Bankruptcy Code and Bankruptcy Rule 5010 and for authorization to appoint a chapter 7 trustee. In support of his motion, the U.S. Trustee respectfully states as follows:

**<u>JURISDICTION</u>**

1. The Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

1

## BACKGROUND

3.  Joy M. Bryant ("Debtor") commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 17, 2016.

4.  Gina B. Krol was appointed and served as the chapter 7 trustee ("Chapter 7 Trustee"). On November 9, 2016, the Chapter 7 Trustee filed a No Asset Report. [Doc. 9] Subsequently, the Court entered an order discharging the Chapter 7 Trustee and closing this bankruptcy case.

5.  The U.S. Trustee received notification that Wells Fargo is issuing a refund to the Debtor on account of improperly collected fees related to an auto loan.

6.  Upon information and belief, the U.S. Trustee believes that the refund may be property of the estate pursuant to 11 U.S.C. § 541(a).

## RELIEF REQUESTED

7.  The U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee.

8.  Section 350 of the Bankruptcy Code provides that:

    (a) After an estate is fully administered and the court has discharged the trustee, the court shall close the case.

    (b) A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

Rule 5010 of the Federal Rules of Bankruptcy Procedure implements Section 350(b).

9.  Based on the foregoing, the U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee to further investigate and determine whether assets are available for creditors and for any other action the chapter 7 trustee deems necessary.

**WHEREFORE**, the U.S. Trustee respectfully asks the Court to enter an order: (1) reopening this case; (2) authorizing the U.S. Trustee to appoint a chapter 7 trustee to represent the estate; and (3) for such other and further relief as this Court deems appropriate.

        RESPECTFULLY SUBMITTED,
        PATRICK S. LAYNG
        UNITED STATES TRUSTEE

Dated: <u>September 24, 2020</u>        */s/ Adam G. Brief*
        Adam G. Brief, Assistant U.S. Trustee
        OFFICE OF THE U.S. TRUSTEE
        219 S. Dearborn Street
        Chicago, IL  60604
        (312) 886-5785